Thomas Muller, Respondent, v. Pope Hartford Auto Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Carr and Stapleton, JJ.; Putnam, J., not voting.

The People of the State of New York, Respondent, v. Mabel Brown, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

The People of the State of New York, Respondent, v. Joseph Din, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

The People of the State of New York, Respondent, v. Oscar Haines, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

The People of the State of New York, Respondent, v. May Hawkins, Appellant.— Motion to dismiss appeal denied. The court is ready to hear the case upon the original papers, but the appellant must place the case upon the calendar for the next term and be ready for argument when reached; otherwise, motion granted. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

The People of the State of New York, Respondent, v. William Kahl, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

The People of the State of New York, Respondent, v. Johanna Lee, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

The People of the State of New York, Respondent, v. Adolph Markel, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

The People of the State of New York, Respondent, v. Antonio Marto, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

J. L. Emil Schueler, Appellant, v. Mary Louise Dooley, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Gertrude L. Shaw, Appellant, v. William Barrett Shaw, Defendant. Lottie Goodman, an Infant, etc., Respondent.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Henrietta Simon, Respondent, v. Julius Etgen and Others, as Executors, etc., of William H. Burgess, Deceased, Appellants.— Motion to resettle order granted, without costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Morris Solomon, Respondent, v. Rebecca Solomon, Appellant.— Motion for reargument denied, without costs. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.